**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allace Lee Roy Cornellier,            )<br>                                                  )<br>             Petitioner,             )<br>                                                  )<br>        vs.                               )<br>                                                  )<br>Dora Schriro, et al.,                 )<br>                                                  )<br>             Respondents.          )<br>_____) | No. CV-05-2679 PHX PGR (JM)<br><br><u>ORDER</u> |

The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Marshall notwithstanding that no party has filed any objections to the Report and Recommendation,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #15) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that the petitioner's Motion for Leave to Request and Permit Discovery (doc. #13) and the petitioner's Motion for an Evidentiary Hearing (doc. #14) are both denied as moot.

IT IS FURTHER ORDERED that the petitioner's Amended Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254 (doc. #4) is denied and that this action is dismissed as being untimely filed. The

1 | Clerk of the Court shall enter judgment accordingly.

2 |     DATED this 5th day of February, 2007.

_____
Paul G. Rosenblatt
United States District Judge