**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allace Lee Roy Cornellier,<br><br>        Petitioner/Appellant,<br>    vs.<br><br>Dora Schriro, et al.,<br><br>        Respondents/Appellees. | No. CV-05-2679-PHX-PGR<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY |

The petitioner having filed an Amended Notice of Appeal (doc. #34) from the judgment dismissing his Amended Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254,

IT IS ORDERED that no certificate of appealability shall be issued by this Court because the petitioner has failed to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

DATED this 16th day of November, 2007.

Paul G. Rosenblatt
United States District Judge